■■■ ANDREW R. BOARDMAN, Respondent, v SHARON L. BOARDMAN, Appellant. (Appeal No. 2.) [751 NYS2d 811] —Appeal from that part of an order of Supreme Court, Erie County (O'Donnell, J.), entered September 27, 2001, that declined to award counsel fees incurred by defendant in seeking to enforce a temporary order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Boardman v Boardman* ([appeal No. 1] 300 AD2d 1110). Present—Pigott, Jr., P.J., Green, Pine, Kehoe and Lawton, JJ.